THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 18-50630
Charles L. Palmer )
) Alan M. Koschik
) BANKRUPTCY JUDGE
)
) TRUSTEE'S RECOMMENDATION
) FOR TREATMENT OF CLAIM
Debtor(s) )
) Recommendation is Effective as of 06/29/2018
) Unless an Objection is Filed With The Court

-------------------------------------------------------------------------------

The Chapter 13 Trustee requests that the following claim be paid under the Chapter 13 plan as recommended:

        Proof of Claim: SUMMIT COUNTY FISCAL OFFICER
        Date filed: 4/16/18
        US Court Claim # 04-2

**Claim As Filed:**        **Trustee's Recommendation:**

| | | | |
|---|---|---|---|
| Secured | $712,373.00 | Secured | $0.00 |
| Interest | 0.00% | Interest | 0.00% |
| Unsecured | $0.00 | Unsecured | $0.00 |
| Priority | $0.00 | Priority | $0.00 |

***Trustee's Recommendation***

The Trustee will not pay claim as filed.
The name of the debtor on the proof of claim is not a debtor in this Chapter 13 case.

**In accordance with 11 USC Section 102 and Administrative Order 02-08, party in interest shall have 40 days from the date of service of this Recommendation to file an objection and to request a hearing before the Court. If no party in interest timely objects and requests a hearing, the Trustee will be authorized, directed, and ordered to pay the claim pursuant to this Recommendation and the Recommendation will be deemed an Order of the Court. All objections and requests for hearing shall be served on the Trustee, Debtor(s), counsel for the Debtor(s), and all other parties set forth in the certificate of service. Objections and requests for hearing must be filed with the US Bankruptcy Court at:**

CHAPTER 13
Keith L. Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

**US Bankruptcy Court**
**2 South Main Street**
**455 John F. Seiberling Federal Building**
**Akron, OH 44308-1810**

Respectfully submitted,


**/s/ Keith L. Rucinski**
Keith L. Rucinski,Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
One Cascade Plaza
Suite 2020
Akron, OH  44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

## CERTIFICATE OF SERVICE

I hereby certify that on 05/18/2018, the following were served a copy of this pleading:

<u>Via Regular Mail</u>

Charles L. Palmer
P.O. Box 3175
Akron, OH 44309

SUMMIT COUNTY FISCAL OFFICER
C/O REGINA VANVOROUS ESQ
53 UNIVERSITY AVENUE 7TH FLOOR
AKRON, OH 44308

<u>Via ECF</u>

STEVEN J HEIMBERGER ESQ (sheimberger@rlbllp.com)
Office of the US Trustee (ustpregion09.cl.ecf@usdoj.gov)
Keith L. Rucinski. Chapter 13 Trustee (krucinski@ch13akron.com)

Date of Service: 05/18/2018    By: J. Flowers
                                Office of the Chapter 13 Trustee